# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 8, 2013

### NO. 03-10-00756-CV

**Ellen E. Abernathy, Appellant**

**v.**

**Deutsche Bank National Trust Company, in Trust for the Benefit of the Certificate Holders of Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates Series OPT1, Appellee**

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PEMBERTON, ROSE, AND ABOUSSIE\*
AFFIRMED -- OPINION BY JUSTICE ABOUSSIE**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the trial court's judgment is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.

\* Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).